UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

       v.                Case No. 09-cr-173-01-SM

Wilfredo Pagan,
    Defendant

## O R D E R

Defendant Pagan's motion to continue the trial is granted (document no. 18). Trial has been rescheduled for the February 2010 trial period. Defendant Pagan shall file a waiver of speedy trial rights not later than December 14, 2009. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for February 5, 2010 at 2:30 p.m.

Jury selection will take place on February 17, 2010 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 24, 2009

cc: Theodore M. Lothstein, Esq.
    Debra M. Walsh, AUSA
    U.S. Marshal
    U.S. Probation